ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division
PAUL D. BARKER, JR., Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resource Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0434
Fax: (202) 305-0506
E-mail: paul.barker@usdoj.gov

J. BRETT GROSKO, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0342
Fax: (202) 305-0275
E-mail: brett.grosko@usdoj.gov

Attorneys for Defendants

JAMES J. TUTCHTON (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Tel: (720) 301-3843
E-mail: jtutchtonlo@gmail.com

STUART NICHOLAS WILCOX (Pro Hac Vice)
Stuart Wilcox LLC
1840 Vine St. #5
Denver, CO 80206
E-mail: Stuart.wilcox5@gmail.com

STEVEN SUGARMAN (Pro Hac Vice Application Forthcoming)
347 County Road 55A
Cerrillos, New Mexico  87010
(505) 672-5082
E-mail: stevensugarman@hotmail.com

Attorneys for Plaintiff

STIPULATION FOR EXTENSION OF TIME TO FILE   1
FEDERAL DEFENDANTS' ANSWER
*Conservation Congress v. U.S.*, No. 2:13-cv-01977 JAM-DAD

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

```
CONSERVATION CONGRESS,         )
                               )
      Plaintiff,               )
                               )
v.                             )      Case No. 2:13-cv-1977-JAM-DAD
                               )
UNITED STATES FOREST SERVICE,  )
and the UNITED STATES          )
FISH AND WILDLIFE SERVICE,     )
                               )
      Federal Defendants.      )
_____)
```

**STIPULATION FOR EXTENSION OF TIME TO FILE FEDERAL DEFENDANTS'
ANSWER OR RESPONSE TO THE COMPLAINT
AND TO POSTPONE THE JOINT STATUS REPORT DEADLINE**

In support of this Stipulation, the parties hereby stipulate and state as follows:

1. In this action, Plaintiff Conservation Congress alleges that Defendants United States Forest Service ("USFS") and United States Fish and Wildlife Service ("USFWS") violated the Endangered Species Act, the National Environmental Policy Act, and the National Forest Management Act in connection with the Smokey Project on the Mendocino National Forest.

2. On November 12, 2013 the USFS indefinitely suspended all Smokey Project operations "[d]ue to ongoing litigation and the new biological analysis needing to be performed."

3. In light of the USFS decision to reinitiate consultation with USFWS under Section 7(a)(2) of the Endangered Species Act, 16 U.S.C. §1536(a)(2),  USFWS may issue a new biological opinion at the conclusion of that consultation.  If it does, the parties expect that Conservation Congress will file an Amended Complaint in this matter.[1]

4. Accordingly, the parties agree that the interests of judicial economy and efficiency favor the issuance of a stay of this litigation until the new consultation is complete.  The parties are attempting to negotiate a schedule for a stipulation for a stay of the proceedings during the consultation.

5. The stipulation for a stay of proceedings will seek the Court's approval to extend the deadlines for Federal Defendants to answer or otherwise respond to the complaint or any amended complaint, and the deadline for

---

[1]   The parties contemplate that Conservation Congress might actually need to file two amended complaints in this action, since new citizen's suit claims against the USFS cannot be pled until sixty days have elapsed from the time that Conservation Congress provides the USFS notice of its intent to sue under the citizen's suit provision of the Endangered Species Act.  If there were a need for Conservation Congress to seek interim injunctive relief within that sixty day period, then Conservation Congress would likely file a First Amended Complaint pleading those new claims which are **not** Endangered Species Act citizen's suit claims as the basis for its motion for interim injunctive relief.

the Joint Status Report, until after the Endangered Species Act consultation is complete.

For the above reasons, Conservation Congress and the Federal Defendants hereby stipulate pursuant to Local Rule 144 and Federal Rule of Civil Procedure 6 to a twenty-eight day extension of time of Federal Defendants' deadline for filing their answer or response to Plaintiff's Complaint.  Pursuant to the instant stipulation, if the Court does not approve the stipulation for stay of proceedings, Federal Defendants' deadline for filing their answer or response to the Complaint shall be due on December 30, 2013.  The parties anticipate that this deadline will be vacated if the parties submit and the Court approves a stipulation for a stay of proceedings during the Endangered Species Act consultation.

Also for the reasons set out above, the parties also respectfully request that the Court postpone the deadline for the parties to confer and submit the joint status report currently due on December 2, 2013 until December 30, 2013. Dkt.No. 4¶ 4.   As with the deadline for Federal Defendants' answer or response, the parties contemplate that this deadline will be vacated if the parties submit and the Court approves a stipulation for stay of proceedings.

For all the foregoing reasons, the parties respectfully request that the Court approve the stipulation to extend the deadline for the joint status report.


It is so ordered this 3rd day of December, 2013.


                              /s/ John A. Mendez_____
                              The Honorable John A. Mendez
                              United States District Court Judge




Respectfully submitted this 2nd day of December, 2013,


_/s/ STUART NICHOLAS WILCOX _          ROBERT G. DREHER
*(signed by filer with written*        Acting Assistant Attorney
*authorization provided on*            General
*December 2, 2013)*
JAMES J. TUTCHTON (CA Bar No.
150908)                                _/s/ Paul D. Barker, Jr._____
Tutchton Law Office, LLC               PAUL D. BARKER, JR.
6439 E. Maplewood Ave.                 Senior Attorney
Centennial, CO 80111                   United States Department of
(720) 301-3843                         Justice
jtutchtonlo@gmail.com                  Environment and Natural
                                       Resources Division
STUART NICHOLAS WILCOX                 Natural Resource Section
(Pro Hac Vice)                         Ben Franklin Station
Stuart Wilcox LLC                      P.O. Box 7611
1840 Vine St. #5                       Washington, D.C. 20044-7611
Denver, CO 80206                        (202) 305-0434
Stuart.wilcox5@gmail.com               fax (202) 305-0506
                                       pbarker@usdoj.gov

STEVEN SUGARMAN                        SETH M. BARSKY, Chief
(Pro Hac Vic Application               KRISTEN L. GUSTAFSON,
Forthcoming)                           Assistant Chief
347 County Road 55A                    J. BRETT GROSKO, Trial

1   Cerrillos, New Mexico  87010          Attorney
    (505) 672-5082                         United States Department of
2   stevensugarman@hotmail.com            Justice
                                           Environment and Natural
3   Attorneys for Plaintiff               Resources Division
                                           Wildlife and Marine Resources
4                                          Section
                                           Ben Franklin Station, P.O.
5                                          Box 7611
                                           Washington, D.C. 20044-7611
6                                          Telephone: (202) 305-0342
                                           Facsimile: (202) 305-0275
7                                          Email: brett.grosko@usdoj.gov
8
                                           Attorneys for Defendants
9
                                           OF COUNSEL
10
                                           JAMES L. ROSEN
11                                         Senior Counsel
                                           U.S. Department of
12                                         Agriculture
                                           Office of the General Counsel
13                                         33 New Montgomery, 17th Floor
                                           San Francisco, California
14                                         94105
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR EXTENSION OF TIME TO FILE   6
FEDERAL DEFENDANTS' ANSWER
*Conservation Congress v. U.S.*, No. 2:13-cv-01977 JAM-DAD