IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS,<br>          Plaintiff,<br><br>              v.<br><br>UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br>          Defendants.<br>_____ | ) Case No.: 2:13-cv-01977-JAM-DAD<br>)<br>)<br>)<br>)<br>) ORDER GRANTING<br>) UNOPPOSED MOTION TO AMEND<br>) SCHEDULE<br>)<br>)<br>)<br>) |

Plaintiff Conservation Congress, by its undersigned counsel, has moved this Court to amend the case management schedule approved for the above-captioned case. This is the first time that Conservation Congress has sought an amendment to the schedule, and Federal Defendants do not oppose the motion. Accordingly, the motion will be GRANTED, and the schedule currently governing this case shall be AMENDED as follows:

Plaintiff shall have until and through February 4, 2015 in which to file its First Amended Complaint in this action; and

Federal Defendants shall answer or otherwise respond to the First Amended Complaint within 28 days of the filing of the First Amended Complaint; and

/

/

/

/

Order Granting Unopposed Motion to Amend Schedule – Page 1
*Conservation Congress v. U.S.*, No. 2:13-cv-01977 JAM-DAD

the Parties shall file a Joint Status Report within 35 days of the filing of the First Amended Complaint.

IT IS SO ORDERED

Dated: 1/20/2015

                                     /s/ John A. Mendez_____

                                     United States District Court Judge