**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. FOREST SERVICE, and the ) <br> U.S. FISH AND WILDLIFE ) <br> SERVICE, ) <br> ) <br> Federal ) <br> Defendants, ) <br> ) <br> TRINITY LUMBER COMPANY, ) <br> ) <br> Proposed ) <br> Defendant- ) <br> Intervenor ) | CASE NO. 2:13-cv-1977-JAM-DAD <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO OR ANSWER THE AMENDED COMPLAINT** |

Pursuant to Federal Defendants' Unopposed Motion for an Extension of Time to file their response or answer to Plaintiff's Amended Complaint, and for good cause shown, it is **HEREBY ORDERED** the motion is GRANTED. The deadline for the Federal Defendants to respond or answer the Amended Complaint is March 18, 2015.

Dated:    February 25, 2015

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

1