**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-1977-JAM-DAD |
| ) | |
| U.S. FOREST SERVICE, and the ) | **ORDER ON JOINT MOTION FOR** |
| U.S. FISH AND WILDLIFE ) | **EXTENSION OF TIME TO FILE JOINT** |
| SERVICE, ) | **STATUS REPORT** |
| ) | |
| Federal ) | |
| Defendants, ) | |
| ) | |
| TRINITY LUMBER COMPANY, ) | |
| ) | |
| Proposed ) | |
| Defendant- ) | |
| Intervenor. ) | |

Pursuant to the parties' joint Motion for an Extension of Time to file the Joint Status Report, and for good cause shown, it is **HEREBY ORDERED** the motion is GRANTED. The deadline for the parties' Joint Status Report is March 25, 2015.

Dated:    March 9, 2015


/s/ John A. Mendez_____
John A. Mendez
 United States District Court Judge

1