JOHN C. CRUDEN
Assistant Attorney General

TYLER L. BURGESS, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resource Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 616-4119
Fax: (202) 305-0506
tyler.burgess@usdoj.gov

J. BRETT GROSKO, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0342
Fax: (202) 305-0275
brett.grosko@usdoj.gov

*Attorneys for Defendants*

JAMES J. TUTCHTON (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Tel: (720) 301-3843
jtutchtonlo@gmail.com

STUART NICHOLAS WILCOX (Pro Hac Vice)
Stuart Wilcox LLC
1840 Vine St. #5
Denver, CO 80206
Tel: (720) 331-0385
stuart.wilcox5@gmail.com

```
STEVEN SUGARMAN (Pro Hac Vice)
347 County Road 55A
Cerrillos, New Mexico 87010
Tel: (505) 672-5082
stevensugarman@hotmail.com
```

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-1977-JAM-DAD |
| ) | |
| UNITED STATES FOREST ) | |
| SERVICE, and the UNITED ) | |
| STATES FISH AND WILDLIFE ) | |
| SERVICE, ) | **JOINT STIPULATION** |
| ) | **FOR STAY OF PROCEEDINGS** |
| Defendants, ) | |
| ) | |
| TRINITY LUMBER CO., ) | |
| ) | |
| Proposed ) | |
| Defendant – ) | |
| Intervenor. ) | |
| ) | |

Plaintiff Conservation Congress, by its undersigned counsel, and Defendants, the United States Forest Service ("Forest Service") and United States Fish and Wildlife Service ("Fish and Wildlife Service"), by their undersigned counsel, hereby jointly stipulate to a stay of proceedings in this case and request the Court's approval of the stipulation.

Plaintiff challenges a Forest Service fuel reduction and

2

timber sale project, the Smokey Project (the "Project"), proposed on the Mendocino National Forest. Plaintiff alleges that the Project will impact Northern spotted owls, a threatened species under the Endangered Species Act ("ESA"). Dkt. No. 27. Plaintiff also raised claims that the Forest Service violated the National Environmental Policy Act and the National Forest Management Act by approving the Project. *Id.* Plaintiff seeks to have the Court enjoin the Project from proceeding, among other relief.

On December 6, 2013, the parties jointly requested that the Court enter a stay of these proceedings to allow the Forest Service to reinitiate consultation with the Fish and Wildlife Service under the ESA on the Project. Dkt. No. 14. On December 19, 2013, the Court stayed this case to allow the Defendants to complete their reinitiated consultation. Dkt. No. 15. On April 9, 2014, the Forest Service submitted its Supplemental Biological Assessment to the Fish and Wildlife Service to request re-initiation of ESA consultation. Dkt. No. 23. On November 3, 2014, the Fish and Wildlife Service issued the Biological Opinion for the Project and transmitted it to the Forest Service on November 4, 2014. *Id.*

Plaintiff filed a first amended complaint on February 4, 2015. Dkt. No. 27. Defendants' answer to the first amended

3

complaint was filed on March 18, 2015, and the parties' Joint Status Report is due April 1, 2015. Dkt. Nos. 38 & 45.

The Forest Service now intends to reinitiate ESA consultation again to consider a recently-discovered Northern spotted owl activity center. Plaintiff's counsel has informed Defendants' counsel that Plaintiff intends to amend its complaint again to revise its claims in light of this new information. In addition, the FWS may amend its biological opinion further following ESA consultation, and the Forest Service will consider whether its NEPA analysis remains valid.

In light of these further activities, the Parties wish to avoid having the Court or Parties expend time and resources on claims that may become moot when the re-initiation of ESA consultation is complete. Accordingly, Plaintiff and Defendants respectfully stipulate to and request a further stay of these proceedings to preserve judicial resources and the Parties' resources. The Parties have included in this Stipulation a schedule for apprising the Court of the Parties' respective positions and progress to efficiently manage the case.

For these reasons, and for good cause shown, the Parties stipulate as follows and request that the Court approve this stipulation:

1. The case is stayed and all current deadlines and due dates are vacated.

2. Until the ESA consultation is complete, the Defendants shall submit a status report apprising the Court of the status of the ESA consultation no later than 60 days after the date the case is stayed, and every 60 days thereafter until consultation is complete.

3. The Forest Service will promptly transmit to Plaintiff a copy of any new Biological Assessment that it prepares for purposes of the re-initiated ESA consultation, as soon as reasonably possible after the document has been transmitted to the Fish and Wildlife Service. Likewise, as soon as the Fish and Wildlife Service transmits an appropriate consultation document to the Forest Service to complete the re-initiated consultation, a copy of that document shall be promptly provided to Plaintiff, and in any event no later than the Notice contemplated in Paragraph 4 below.

4. Defendants will file a Notice with the Court and counsel as soon as reasonably possible after Defendants have completed the re-initiated ESA consultation ("Defendants' Notice"). The stay will expire when Defendants' Notice is filed.

5. Plaintiff will file a Notice with the Court and counsel

5

no later than 14 days after Defendants' Notice is filed informing the Court and Defendants whether Plaintiff intends to file a second amended complaint regarding the Project ("Plaintiff's Notice").

6. If no second amended complaint is filed, no later than 14 days after Plaintiff's Notice is filed, the Parties will file a Joint Status Report addressing the issues contemplated in the Court's September 23, 2013 Order Requiring Joint Status Report.

7. If Plaintiff's Notice states that Plaintiff intends to file a second amended complaint, its second amended complaint will be filed no later than 77 days after the date that Defendants' Notice is filed. Defendants will file an answer or response no later than 21 days after the date the second amended complaint is filed. No later than 7 days after the filing of the answer to the second amended complaint, the Parties will file a Joint Status Report addressing the issues contemplated in the Court's September 23, 2013 Order Requiring Joint Status Report.

8. The Forest Service will maintain the suspension of operations on the Project until (a) 45 days after the final summary judgment brief is filed; or (b) the Court rules on the parties' summary judgment motions, whichever occurs first.

For all the foregoing reasons, the Plaintiff and Defendants request that the Court approve this Joint Stipulation for Stay

6

of Proceedings.

    Respectfully submitted this 25th day of March, 2015,

/s/_Steven Sugarman_____
*(signed by filer with written authorization provided on March 25, 2015)*

JAMES J. TUTCHTON (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Tel: (720) 301-3843
jtutchtonlo@gmail.com

STUART NICHOLAS WILCOX
(*Pro Hac Vice*)
Stuart Wilcox LLC
1840 Vine St. #5
Denver, CO 80206
Tel: (720) 331-0385
stuart.wilcox5@gmail.com

STEVEN SUGARMAN
(*Pro Hac Vice*)
347 County Road 55A
Cerrillos, New Mexico 87010
Tel: (505) 672-5082
stevensugarman@hotmail.com

*Attorneys for Plaintiff*


JOHN C. CRUDEN
Assistant Attorney General

/s/_Tyler L. Burgess_____
TYLER L. BURGESS
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resource Section
Ben Franklin Station
P.O. Box 7611

7

```
            Washington, D.C. 20044-7611
            Tel: (202) 616-4119
            Fax: (202) 305-0506
            tyler.burgess@usdoj.gov

            SETH M. BARSKY, Chief
            S. Jay Govindan, Assistant Chief
            J. BRETT GROSKO, Trial Attorney
            United States Department of Justice
            Environment and Natural Resources Division
            Wildlife and Marine Resources Section
            Ben Franklin Station, P.O. Box 7611
            Washington, D.C. 20044-7611
            Tel: (202) 305-0342
            Fax: (202) 305-0275
            brett.grosko@usdoj.gov

            Attorneys for Defendants
```

It is so ordered this ____ day of March, 2015.

```
            _____
               The Honorable John A. Mendez
             United States District Court Judge
```

```
STEVEN SUGARMAN (Pro Hac Vice)
347 County Road 55A
Cerrillos, New Mexico 87010
Tel: (505) 672-5082
stevensugarman@hotmail.com
```

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>       Defendants,<br><br>TRINITY LUMBER CO.,<br><br>       Proposed Defendant - Intervenor. | CASE NO. 2:13-cv-1977-JAM-DAD<br><br>**JOINT STIPULATION FOR STAY OF PROCEEDINGS** |

Plaintiff Conservation Congress, by its undersigned counsel, and Defendants, the United States Forest Service ("Forest Service") and United States Fish and Wildlife Service ("Fish and Wildlife Service"), by their undersigned counsel, hereby jointly stipulate to a stay of proceedings in this case and request the Court's approval of the stipulation.

Plaintiff challenges a Forest Service fuel reduction and

2

timber sale project, the Smokey Project (the "Project"), proposed on the Mendocino National Forest. Plaintiff alleges that the Project will impact Northern spotted owls, a threatened species under the Endangered Species Act ("ESA"). Dkt. No. 27. Plaintiff also raised claims that the Forest Service violated the National Environmental Policy Act and the National Forest Management Act by approving the Project. *Id.* Plaintiff seeks to have the Court enjoin the Project from proceeding, among other relief.

On December 6, 2013, the parties jointly requested that the Court enter a stay of these proceedings to allow the Forest Service to reinitiate consultation with the Fish and Wildlife Service under the ESA on the Project. Dkt. No. 14. On December 19, 2013, the Court stayed this case to allow the Defendants to complete their reinitiated consultation. Dkt. No. 15. On April 9, 2014, the Forest Service submitted its Supplemental Biological Assessment to the Fish and Wildlife Service to request re-initiation of ESA consultation. Dkt. No. 23. On November 3, 2014, the Fish and Wildlife Service issued the Biological Opinion for the Project and transmitted it to the Forest Service on November 4, 2014. *Id.*

Plaintiff filed a first amended complaint on February 4, 2015. Dkt. No. 27. Defendants' answer to the first amended

3

complaint was filed on March 18, 2015, and the parties' Joint Status Report is due April 1, 2015. Dkt. Nos. 38 & 45.

The Forest Service now intends to reinitiate ESA consultation again to consider a recently-discovered Northern spotted owl activity center. Plaintiff's counsel has informed Defendants' counsel that Plaintiff intends to amend its complaint again to revise its claims in light of this new information. In addition, the FWS may amend its biological opinion further following ESA consultation, and the Forest Service will consider whether its NEPA analysis remains valid.

In light of these further activities, the Parties wish to avoid having the Court or Parties expend time and resources on claims that may become moot when the re-initiation of ESA consultation is complete. Accordingly, Plaintiff and Defendants respectfully stipulate to and request a further stay of these proceedings to preserve judicial resources and the Parties' resources. The Parties have included in this Stipulation a schedule for apprising the Court of the Parties' respective positions and progress to efficiently manage the case.

For these reasons, and for good cause shown, the Parties stipulate as follows and request that the Court approve this stipulation:

4

1. The case is stayed and all current deadlines and due dates are vacated.

2. Until the ESA consultation is complete, the Defendants shall submit a status report apprising the Court of the status of the ESA consultation no later than 60 days after the date the case is stayed, and every 60 days thereafter until consultation is complete.

3. The Forest Service will promptly transmit to Plaintiff a copy of any new Biological Assessment that it prepares for purposes of the re-initiated ESA consultation, as soon as reasonably possible after the document has been transmitted to the Fish and Wildlife Service. Likewise, as soon as the Fish and Wildlife Service transmits an appropriate consultation document to the Forest Service to complete the re-initiated consultation, a copy of that document shall be promptly provided to Plaintiff, and in any event no later than the Notice contemplated in Paragraph 4 below.

4. Defendants will file a Notice with the Court and counsel as soon as reasonably possible after Defendants have completed the re-initiated ESA consultation ("Defendants' Notice"). The stay will expire when Defendants' Notice is filed.

5. Plaintiff will file a Notice with the Court and counsel

5

no later than 14 days after Defendants' Notice is filed informing the Court and Defendants whether Plaintiff intends to file a second amended complaint regarding the Project ("Plaintiff's Notice").

6. If no second amended complaint is filed, no later than 14 days after Plaintiff's Notice is filed, the Parties will file a Joint Status Report addressing the issues contemplated in the Court's September 23, 2013 Order Requiring Joint Status Report.

7. If Plaintiff's Notice states that Plaintiff intends to file a second amended complaint, its second amended complaint will be filed no later than 77 days after the date that Defendants' Notice is filed. Defendants will file an answer or response no later than 21 days after the date the second amended complaint is filed. No later than 7 days after the filing of the answer to the second amended complaint, the Parties will file a Joint Status Report addressing the issues contemplated in the Court's September 23, 2013 Order Requiring Joint Status Report.

8. The Forest Service will maintain the suspension of operations on the Project until (a) 45 days after the final summary judgment brief is filed; or (b) the Court rules on the parties' summary judgment motions, whichever occurs first.

For all the foregoing reasons, the Plaintiff and Defendants request that the Court approve this Joint Stipulation for Stay

6

1  of Proceedings.

2       Respectfully submitted this 25th day of March, 2015,

3

4            /s/ Steven Sugarman
             (signed by filer with written authorization
5            provided on March 25, 2015)

6            JAMES J. TUTCHTON (CA Bar No. 150908)
             Tutchton Law Office, LLC
7            6439 E. Maplewood Ave.
             Centennial, CO 80111
8            Tel: (720) 301-3843
9            jtutchtonlo@gmail.com

10           STUART NICHOLAS WILCOX
11           (Pro Hac Vice)
             Stuart Wilcox LLC
12           1840 Vine St. #5
             Denver, CO 80206
13           Tel: (720) 331-0385
14           stuart.wilcox5@gmail.com

15           STEVEN SUGARMAN
             (Pro Hac Vice)
16           347 County Road 55A
17           Cerrillos, New Mexico 87010
             Tel: (505) 672-5082
18           stevensugarman@hotmail.com

19           Attorneys for Plaintiff

20

21           JOHN C. CRUDEN
             Assistant Attorney General
22

23           /s/ Tyler L. Burgess
             TYLER L. BURGESS
24           Trial Attorney
             United States Department of Justice
25           Environment and Natural
             Resources Division
26           Natural Resource Section
27           Ben Franklin Station
             P.O. Box 7611
28

7

Washington, D.C. 20044-7611
Tel: (202) 616-4119
Fax: (202) 305-0506
tyler.burgess@usdoj.gov

SETH M. BARSKY, Chief
S. Jay Govindan, Assistant Chief
J. BRETT GROSKO, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0342
Fax: (202) 305-0275
brett.grosko@usdoj.gov

*Attorneys for Defendants*

It is so ordered this 30th day of March, 2015.

_____
The Honorable John A. Mendez
United States District Court Judge