Dennis L. Porter (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

Scott W. Horngren (Ore. Bar. #880604) Pro Hac Vice Pending
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
shorngren@amforest.org

Attorneys for Proposed Defendant-Intervenor

FILED

AUG 0 3 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendants,<br><br>    and<br><br>TRINITY RIVER LUMBER COMPANY, a California Corporation,<br><br>    Proposed Defendant-Intervenor | No. 2:13-cv-01977-JAM-DAD<br><br>[PROPOSED] ORDER GRANTING MOTION TO INTERVENE |

*Conservation Congress v. United States Forest Service, et al.*, No. 2:13-cv-01977-JAM-DAD
[PROPOSED] ORDER GRANTING MOTION TO INTERVENE – Page 1

Having considered Trinity River Lumber Company's Motion to Intervene, supporting papers, and responses of the parties, the Court hereby **GRANTS** the motion with the following conditions:

1. Intervenor shall confine their arguments to the issues raised in the amended complaint and avoid collateral arguments.

2. Intervenor shall not be permitted to conduct discovery or to introduce material outside the administrative record unless it first demonstrates that such material falls within the exceptions to record review under the Administrative Procedure Act.

3. Intervenor shall file its own briefs in conformance with the page limits of the Local Rules. ~~and be allocated oral argument time limits separate from Federal Defendants.~~ *Intervenor may address only new arguments not raised by the Federal Defendants in its briefs. Intervenor will be given an opportunity to address the Court at oral argument at the Court's discretion.* /JAM/

**IT IS SO ORDERED**.

Dated: *August 3, 2015*

*/s/ John A. Mendez*
John A. Mendez
United States District Judge

*Conservation Congress v. United States Forest Service, et al.*, No. 2:13-cv-01977-JAM-DAD
[PROPOSED] ORDER GRANTING MOTION TO INTERVENE – Page 2