# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, | Case No.: 2:13-cv-01977-JAM-DAD |
| Plaintiff, | |
| v. | **STIPULATION TO ADJUST DEADLINES REGARDING RECORD MOTION AND JOINT STATUS REPORT** |
| UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants, | |
| and | |
| TRINITY RIVER LUMBER COMPANY, | |
| Defendant-Intervenor. | |

This matter comes before for the Court pursuant to the parties' Stipulation to Adjust Deadlines Regarding Record Motion and Joint Status Report.  Document No. 74.  The Court hereby APPROVES the stipulation.  The deadline for Plaintiff's record motion shall be extended by one week until and through February 5, 2016 and the deadline for the associated Joint Status Report shall be extended by one week until and through February 12, 2016.

Dated:  January 29, 2015

/s/ JOHN A. MENDEZ
John A. Mendez
United States District Judge