**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS, ) | Case No.: 2:13-cv-01977-JAM-KJN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES FOREST SERVICE, and ) | |
| UNITED STATES FISH AND WILDLIFE ) | |
| SERVICE, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| TRINITY RIVER LUMBER COMPANY, ) | |
| ) | |
| Defendant-Intervenor. ) | |
| _____ ) | |

This matter comes before the Court on the parties' Joint Status Report of February 12, 2016. Document No. 77. Having considered the positions of the parties, the Court approves and adopts the modified briefing schedule for this matter proposed by Plaintiff and Federal Defendants in the February 12 Joint Status Report. The new briefing schedule shall be as follows:

| | |
|---|---|
| Federal Defendants and Defendant-Intervenor file their opposition to Plaintiff's Motion for Order Regarding Scope of Review (ECF No. 76). | March 21, 2016 |
| Plaintiff files its reply to its Motion for Order Regarding Scope of Review (ECF No. 76). | March 28, 2016 |

| | |
|---|---|
| Hearing on Plaintiff's Motion for Order Regarding Scope of Review (ECF No. 76). | April 5, 2016 or as otherwise ordered by the Court |
| Plaintiff files its Motion for Summary Judgment. | May 6, 2016 |
| Federal Defendants file their combined Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment. | June 10, 2016 |
| Defendant-Intervenor files its combined Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment. | June 17, 2016 |
| Plaintiff files its single combined Reply and Opposition to Federal Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment. | July 1, 2016 |
| Federal Defendants file their Reply. | July 15, 2016 |
| Defendant-Intervenor files its Reply. | July 15, 2016 |
| Hearing on Cross-Motions | August 23, 2016 at 1:30 p.m. |

DATED:  2/19/2016

/s/ John A. Mendez_____
United States District Court Judge

Order – Page 2
*Conservation Congress v. U.S.*, No. 2:13-cv-01977 JAM-KJN