

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FILED
APR 27 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| CONSERVATION CONGRESS, | No. 2:13-CV-01977-JAM-KJN |
| Plaintiff, | |
| vs. | |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, | [PROPOSED] **AM** ORDER |
| Defendants, | |
| and | |
| TRINITY RIVER LUMBER CO., | |
| Defendant-Intervenor. | |

This matter comes before the Court on Plaintiff Conservation Congress's first *ex parte* motion for an extension of the merits briefing deadlines previously set by this Court in an Order of February 19, 2016. Document No. 78. After consideration of the request for an extension and the reasons therefore, this Court GRANTS Conservation Congress's motion. Accordingly, each of the merits briefing deadlines set out in the Court's February 19, 2016 Order are extended by a period of two months. The new date for hearing on the parties' cross-motions for summary judgment shall be *on* November 1, 2016 @ 1:30 PM.

_____
United States District Judge