Dennis L. Porter (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

Lawson E. Fite (Ore. Bar #055573), *Pro Hac Vice*
Scott W. Horngren (Ore. Bar. #880604), *Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org
shorngren@amforest.org

Attorneys for Defendant-Intervenor

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendants,<br><br>    and<br><br>TRINITY RIVER LUMBER COMPANY, a California Corporation,<br><br>    Defendant-Intervenor. | No. 2:13-cv-01977-JAM-KJN<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING AND HEARING SCHEDULE** |

Pursuant to L.R. 143 and 144, the undersigned parties hereby stipulate to the following adjustments to the briefing and hearing schedule in this case, which would extend certain deadlines and the hearing date:

| **Deadline** | **Current date** | **New date** |
|---|---|---|
| Plaintiff's Motion for Summary Judgment (not to exceed 30 pages) | July 6, 2016 | July 29, 2016 |
| Federal Defendants' Opposition and Cross-Motion for Summary Judgment (30 pages) | August 10, 2016 | September 9, 2016 |
| Defendant-Intervenor's Opposition and Cross-Motion for Summary Judgment (20 pages) | August 17, 2016 | September 16, 2016 |
| Plaintiff's Combined Opposition/Reply (30 pages) | September 1, 2016 | October 3, 2016 |
| Federal Defendants' Reply (15 | September 15, 2016 | October 19, 2016 |

| | | |
|---|---|---|
| pages) | | |
| Defendant-Intervenor's Reply (10 pages) | September 15, 2016 | October 19, 2016 |
| Hearing | November 1, 2016 at 1:30 p.m. | December 13, 2016 at 1:30 p.m. |

The changes are requested in order to accommodate paternity leave for defendant-intervenor's counsel, which would otherwise conflict with preparation and filing of defendant-intervenor's opening brief, and to give additional time to the other parties for preparation of their briefs.  In the event the Court wishes to maintain the current hearing date, the parties do not object; however, the parties have suggested a later hearing date in order to maintain the existing length of time between completion of briefing and the hearing, and because not all parties are available on November 15, the next available hearing date after November 1.  Additionally, in the event that the Court approves this stipulation the parties agree that the current suspension on implementation of the Smokey Project shall remain in place until February 13, 2017 or until the Court issues an order resolving the parties' cross-motions for summary judgment, whichever is earlier.  Trinity reserves its appellate rights regarding previous orders relating to the suspension but does not intend to seek further modification of the suspension from this Court or any other Court prior to completion of summary-judgment proceedings in this case.

The parties have not jointly requested a previous continuance of the briefing schedule.  Plaintiff previously requested *ex parte*, and obtained, a 60-day continuance of the merits briefing schedule.  *See* Dkt. 89, 93.

Accordingly, the parties request the Court approve this Stipulation, and enter the proposed changes to the briefing and hearing schedule.

Respectfully submitted this 24th day of May, 2016.

/s/ *Steven Sugarman (by LEF as authorized 5/23/2016)*

JOHN C. CRUDEN
Assistant Attorney General

*Conservation Congress v. United States Forest Service, et al.,* No. 2:13-cv-01977-JAM-KJN
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE – Page 3

STEVEN SUGARMAN (*pro hac vice*)
347 County Road 55A
Cerrillos, NM 87010
Tel: (505) 672-5082
Email: stevensugarman@hotmail.com

*Attorney for Plaintiff*

/s/ *Lawson E. Fite*
LAWSON E. FITE, *pro hac vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, OR 97239
Tel: (503) 222-9505 / Fax: (503) 222-3255
Email: lfite@amforest.org

*Attorney for Defendant-Intervenor*

/s/ *Andrea Gelatt (by LEF as authorized 5/24/2016)*
TYLER L. BURGESS
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC  20044-7611
Tel: (202) 616-4119 / Fax: (202) 305-0506
Email: tyler.burgess@usdoj.gov

ANDREA GELATT
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0210 / Fax: (202) 305-0275
Email: andrea.gelatt@usdoj.gov

*Attorneys for Federal Defendants*

The Court having considered the Stipulation of the parties, **IT IS SO ORDERED**

Dated: 5/24/2016

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge