IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, | No. 2:13-CV-01977-JAM-KJN |
| Plaintiff, | |
| vs. | |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, | [~~PROPOSED~~] JAM ORDER |
| Defendants, | |
| and | |
| TRINITY RIVER LUMBER CO., | |
| Defendant-Intervenor. | |

This matter comes before the Court on Plaintiff Conservation Congress's Motion for Leave to File Supplemental Complaint. ECF Document No. 100. After consideration of the motion and the reasons therefore, this Court GRANTS Conservation Congress's motion and ORDERS Conservation Congress to file the Supplemental Complaint appended as Exhibit 1 to its motion.

1-20-2016

John A. Mendez
United States District Judge