JAMES J. TUTCHTON (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Telephone: (720) 301-3843
jtutchtonlo@gmail.com

STEVEN SUGARMAN (Pro Hac Vice)
347 County Road 55A
Cerrillos, New Mexico  87010
Telephone: (505) 672-5082
stevensugarman@hotmail.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS,           )<br>                                                          )<br>       Plaintiff,                           )<br>                                                          )<br>       v.                                         )<br>                                                          )<br>UNITED STATES FOREST SERVICE, and )<br>UNITED STATES FISH AND WILDLIFE )<br>SERVICE,                                    )<br>                                                          )<br>       Defendants,                        )<br>                                                          )<br>    and                                          )<br>                                                          )<br>TRINITY LUMBER COMPANY,   )<br>                                                          )<br>       Defendant-Intervenor.          )<br>_____ ) | Case No.: 2:13-cv-01977-JAM-DAD<br><br>**STIPULATION AND  ORDER**<br>**MODIFYING BRIEFING   DEADLINES** |

Pursuant to Local Rules 143 and 144, the undersigned parties hereby stipulate to modify the deadlines for the remaining briefs in this case.  Specifically, the parties have stipulated to the following modifications to the deadlines for Plaintiff's reply and response memorandum and the Defendants' reply memoranda:

| Deadline | Current date | New date |
|---|---|---|
| Plaintiff's Combined Opposition/Reply (30 pages) | October 3, 2016 | October 17, 2016 |
| Federal Defendants' Reply (15 pages) | October 19, 2016 | November 2, 2016 |
| Defendant-Intervenor's Reply (10 pages) | October 19, 2016 | November 2, 2016 |
| Hearing | December 13, 2016 at 1:30 p.m. | |

With this stipulation, the parties *do not* propose that the current hearing date of December 13, 2016 be adjusted.

The undersigned counsel for the Plaintiff has requested this stipulation in order to accommodate unusually heavy "docket congestion" which was caused, in large part, by a serious family medical issue which required a very significant portion of his time. As a result of this circumstance, the undersigned counsel for Plaintiff requires an additional two weeks of time to prepare Plaintiff's final merits brief in this case.

Since this Court modified the merits briefing schedule in response to the filing of Defendant-Intervenor Trinity Lumber Company's Motion to Modify Operating Schedule, the merits briefing schedule in this matter has been extended only once upon a stipulation of the parties initiated by Trinity's counsel in order to accommodate his planned paternity leave. ECF Doc. No. 99.

Accordingly, the parties request the Court approve this Stipulation, and enter the proposed changes to the briefing and hearing schedule.

Respectfully submitted this 21st day of September, 2016

/s/  Steven Sugarman
STEVEN SUGARMAN (*pro hac vice*)
347 County Road 55A
Cerrillos, NM 87010
Tel: (505) 672-5082
Email: stevensugarman@hotmail.com

*Attorney for Plaintiff*

/s/ Lawson E. Fite
LAWSON E. FITE, *pro hac vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, OR 97239
Tel: (503) 222-9505 / Fax: (503) 222-3255
Email: lfite@amforest.org

*Attorney for Defendant-Intervenor*

JOHN C. CRUDEN
Assistant Attorney General

/s/ Tyler Burgess
TYLER L. BURGESS
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC  20044-7611
Tel: (202) 616-4119 / Fax: (202) 305-0506
Email: tyler.burgess@usdoj.gov

ANDREA GELATT
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0210 / Fax: (202) 305-0275
Email: andrea.gelatt@usdoj.gov

*Attorneys for Federal Defendants*

The Court having considered the Stipulation of the parties, **IT IS SO ORDERED**

Dated: 9/21/2016                                   /s/ John A. Mendez_____

                                                                   Hon. John A. Mendez
                                                                   United States District Court Judge