UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　　　　Federal Defendants, and<br><br>TRINITY RIVER LUMBER CO.,<br><br>　　　　　Defendant-Intervenor. | No.  2:13-cv-01977-JAM-DB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STRIKE** |

　　　This matter is before the Court on the U.S. Forest Service and U.S. Fish and Wildlife Service's ("Federal Defendants") Motion to Strike a declaration Conservation Congress ("Plaintiff") submitted in support of its Motion for Summary Judgment and three paragraphs in two of Plaintiff's other declarations.[1] (ECF No. 107) For the reasons stated below, this

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).  The hearing is scheduled for December 13, 2016.

1

Court GRANTS the motion.

### I. FACTUAL ALLEGATIONS AND PROCEDURAL BACKGROUND

Plaintiff filed this lawsuit against Federal Defendants for alleged violations of the National Environmental Policy Act, the National Forest Management Act, and the Endangered Species Act. Specifically, Plaintiff challenges Federal Defendants' decisions with respect to the Smokey Project, a timber sale that will affect a section of the Mendocino National Forest that Northern spotted owls are known to inhabit. Second Amended Complaint, ECF No. 65.

On April 5, 2016, this Court heard oral arguments on Plaintiff's Motion for Order Regarding Scope of Review. ECF No. 76. Plaintiff sought to supplement the administrative record with extra-record evidence, including a declaration from Tonja Chi. See Exhibit 10 at Rows 11 & 16, ECF No. 76-10. The Court took the motion under submission and ordered the parties to submit supplemental briefing. ECF No. 83. On April 12, 2016, Plaintiff submitted its Statement of Response to Court's April 5, 2016 Order in which it stated: "Conservation Congress reviewed the utility of submitting declarations in support of its Endangered Species Act citizen's suit claims against Defendant United States Forest Service. As a result of that review, Conservation Congress has determined that it will no longer request the Court to consider extra-record declarations in this matter." ECF No. 84.

Plaintiff filed its Motion for Summary Judgment with four declarations attached. ECF No. 103. It submitted declarations

from Denise Boggs, Douglas Bevington, and Ellen Drell in support of Plaintiff's standing.  See Mot. for Sum. J. at 8.  The fourth declaration is from wildlife biologist Tonja Chi.  Plaintiff uses this declaration in support of one of its Endangered Species Act claims.  Id. at 29.

## II.   OPINION

Federal Defendants argue, *inter alia*, that Plaintiff should not be permitted to submit the Chi Declaration because Plaintiff chose not to submit supplemental briefing in response to the Court's April 5th Order.  Mot. to Strike at 1.  Further, Plaintiff explicitly stated that it would not seek to admit extra-record declarations.  Id.  Plaintiff contends it "did not previously submit the Chi Declaration to the Court, [because] it is based on events that occurred during the month of July 2016 and [] could not have been produced earlier."  Mot. for Sum. J. at 29.

Given Plaintiff's unequivocal statement that it would not "request the Court to consider extra-record declarations in this matter.", Statement at 2, and  Plaintiff's failure to seek leave of Court before filing the Chi Declaration, the Court holds Plaintiff to its prior representation and grants Federal Defendants' request to strike the Chi Declaration.

Federal Defendants also move this Court to strike paragraphs 11 and 12 from Denise Boggs' Declaration and paragraph 10 from Ellen Drell's Declaration.  Mot. to Strike at 5.  Plaintiff did not oppose this request.  See Plaintiff's Mem. Br. in Opposition to Defendants' Mot. to Strike, ECF No. 113.  As such, the Court

will also grant the motion with respect to those paragraphs.

### III.   ORDER

For the reasons set forth above, the Court GRANTS Defendants' Motion to Strike.

Due to the complex nature of this litigation and calendar congestion on the present hearing date, the hearing on the motions for summary judgment, scheduled for December 13, 2016, is vacated.  The Court specially sets the hearing on these motions for January 26, 2017, at 10:00 AM.

IT IS SO ORDERED.

Dated:   December 5, 2016

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

4