IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, | ) No. 2:13-CV-01977-JAM-DB |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, | ) **ORDER** |
| Defendants, | ) |
| and | ) |
| TRINITY RIVER LUMBER CO., | ) |
| Defendant-Intervenor. | ) |

This matter comes before the Court on Plaintiff Conservation Congress's Unopposed Motion to Adjust Deadlines for Filing of Briefs on Appropriate Relief. ECF Document No. 122. After consideration of the motion and the reasons therefore, this Court GRANTS Conservation Congress's motion and ORDERS that briefs relative to the appropriate relief in this case shall be filed pursuant to the following schedule:

    February 27, 2017    Conservation Congress's Opening Brief
    March 20, 2017    Federal Defendants' Response Brief
    March 27, 2017    Defendant-Intervenor's Response Brief
    April 10, 2017    Conservation Congress's Reply Brief

DATED: 2/17/2017

    /s/ John A. Mendez_____
    United States District Court Judge