JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
TYLER L. BURGESS, DC Bar No. 1025617
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 616-4119
tyler.burgess@usdoj.gov
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ANDREA GELATT, Cal. Bar No. 262617
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0210
andrea.gelatt@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS, | No. 2:13-CV-01977-JAM-DB |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE** |
| v. | |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, | Hon. John A. Mendez |
| Federal Defendants, | |
| and | |
| TRINITY RIVER LUMBER CO., | |
| Defendant-Intervenor. | |

Pursuant to Local Rules of the U.S. District Court for the Eastern District of California 143 and 144, the undersigned parties hereby stipulate to the following adjustments to the briefing schedule on Plaintiff's Memorandum Brief as to the Appropriate Remedy for Violation of the National Environmental Policy Act (Amended Version), ECF No. 125:

| Brief | Current Date | New Date |
|---|---|---|
| Federal Defendants' Response Brief | March 20, 2017 | March 23, 2017 |
| Defendant-Intervenor's Response Brief | March 27, 2017 | March 30, 2017 |
| Plaintiff's Reply Brief | April 10, 2017 | April 17, 2017 |

The changes are requested in order to accommodate Federal Defendants' request for additional time beyond the deadline of March 20, 2017, in order to have adequate time to prepare their response in light of counsel's case commitments and recent absence from the office for medical reasons.  This is Defendant's first request for an extension to file its response brief, but the second adjustment to the briefing schedule for this motion.  *See* ECF Nos. 122-23 (granting Plaintiff's Unopposed Motion to Adjust Deadlines for filing of Briefs on Appropriate Remedy).

Accordingly, the parties request the Court approve this Stipulation, and enter the proposed changes to the briefing schedule.

Respectfully submitted this 20th day of March, 2017.

| | |
|---|---|
| */s/ Steven Sugarman (by TLB as authorized 3/20/2017)*<br>STEVEN SUGARMAN (pro hac vice)<br>347 County Road 55A<br>Cerrillos, NM 87010<br>(505) 672-5082<br>stevensugarman@hotmail.com<br><br>*Attorney for Plaintiff* | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br><br>*/s/ Tyler L. Burgess*<br>TYLER L. BURGESS, DC 1025617<br>Trial Attorney<br>Natural Resources Section<br>PO Box 7611<br>Washington, DC 20044-7611 |

(202) 616-4119
tyler.burgess@usdoj.gov

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ANDREA GELATT, Cal. Bar No. 262617
Trial Attorney
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0210
andrea.gelatt@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Lawson E. Fite(by TLB as authorized 3/20/2017)*
LAWSON E. FITE, pro hac vice
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, OR 97239
(503) 222-9505
lfite@amforest.org

*Attorney for Defendant-Intervenor*

The Court having considered the Stipulation of the parties, **IT IS SO ORDERED**.

Dated:  3/21/2017                                         /s/ John A. Mendez
                                                          Hon. John A. Mendez
                                                          United States District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2017, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Tyler L. Burgess*
Tyler L. Burgess
U.S. Department of Justice