STEVEN SUGARMAN, NM 5717 (*pro hac vice*)
347 County Road 55A
Cerrillos, NM 87010
(505) 672-5082
stevensugarman@hotmail.com

JAMES J. TUCHTON, Cal. 150908
6439 E. Maplewood Ave.
Centennial, CO 80111
(720) 301-3843
jtutchtonlo@gmail.com

*Attorneys for Plaintiff*

(Additional counsel listed on next page)

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS, | No. 2:13-CV-01977-JAM-DB |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER TO STAY PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS** |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Federal Defendants, | Hon. John A. Mendez |
| and | |
| TRINITY RIVER LUMBER CO., | |
| Defendant-Intervenor. | |

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
TYLER L. BURGESS, DC 1025617
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 616-4119
tyler.burgess@usdoj.gov
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ANDREA GELATT, Cal. 262617
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0210
andrea.gelatt@usdoj.gov

*Attorneys for Federal Defendants*

The parties now jointly stipulate to stay briefing of Plaintiff's motion for attorney fees and costs, which Plaintiff filed simultaneously with this stipulation. In support of this stipulation, Plaintiff and Federal Defendants state as follows:

1. Plaintiff intends to seek an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA") and under the Endangered Species Act ("ESA") citizen suit provision.

2. This Court entered judgment in this matter on May 30, 2017. ECF No. 142.

3. Plaintiff noticed its appeal to the Ninth Circuit on May 31, 2017. ECF No. 143.

4. Under Local Rule 293, "[m]otions for awards of attorneys' fees to prevailing parties pursuant to statute shall be filed not later than twenty-eight (28) days after entry of final judgment."

STIP. AND [PROPOSED] ORDER TO STAY PL.'S MOT. FOR ATT'Y'S FEES AND COSTS
*Conservation Congress v. U.S. Forest Serv.*, No. 2:13-cv-01977-JAM-DB

2

5. EAJA requires a party to file an application for fees and other expenses within 30 days of an unappealable final judgment. 28 U.S.C. § 2412(d)(1)(B). A "final judgment" under EAJA is "a judgment that is final and not appealable." *Id.* § 2412(d)(2)(G).

6. Under the ESA citizen suit provision, "[u]nless a statute or a court order provides otherwise," an application for attorney's fees and expenses must "be filed no later than 14 days after the entry of judgment." *See* Fed. R. Civ. P. 54(d)(2)(B)(i).

7. Because Plaintiff has noticed an appeal, the Court's May 30, 2017, Judgment is not final for purposes of EAJA or the ESA citizen suit provisions.

8. Plaintiff has filed its motion for attorney's fees and costs in an abundance of caution to comply with the technical requirements of Local Rule 293.

9. Federal Defendants oppose Plaintiff's motion for attorney's fees and costs and assert that Plaintiff's motion is premature and Plaintiff should file a revised motion at the appropriate time.

10. It is within the Court's power to stay briefing on Plaintiff's motion to conserve the resources of the Court and the parties. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

For these reasons, and for good cause shown, the parties stipulate as follows and request that the Court approve this stipulation:

1. Briefing on Plaintiff's motion for attorney's fees and costs is stayed and all current deadlines are vacated.

2. Within fourteen (14) days of issuance of the Ninth Circuit's mandate, or other resolution of the appellate proceedings in this case, the parties will submit a Joint Status Report to address further proceedings on Plaintiff's motion for attorney's fees and costs.

Respectfully submitted this 16th day of June, 2017.

/s/ *Steven Sugarman*
STEVEN SUGARMAN, NM 5717
(*pro hac vice*)
347 County Road 55A
Cerrillos, NM 87010
(505) 672-5082
stevensugarman@hotmail.com

JAMES J. TUCHTON, Cal. 150908
6439 E. Maplewood Ave.
Centennial, CO 80111
(720) 301-3843
jtutchtonlo@gmail.com

*Attorneys for Plaintiff*

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ *Tyler L. Burgess* (with permission on June 15, 2017)
TYLER L. BURGESS, DC 1025617
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 616-4119
tyler.burgess@usdoj.gov

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ANDREA GELATT, Cal. 262617
Trial Attorney
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0210
andrea.gelatt@usdoj.gov

JAMES L. ROSEN, Cal. 200064
Senior Counsel
Pacific Region
Office of the General Counsel
United States Department of Agriculture
630 Sansome St., Suite 1040
San Francisco, CA 94111
(415) 744-2743
Jamie.Rosen@ogc.usda.gov

*Attorneys for Federal Defendants*

STIP. AND [PROPOSED] ORDER TO STAY PL.'S MOT. FOR ATT'Y'S FEES AND COSTS
*Conservation Congress v. U.S. Forest Serv.*, No. 2:13-cv-01977-JAM-DB

4

The Court having considered the stipulation of the parties, IT IS SO ORDERED.

Dated:  6/19/2017                            /s/ John A. Mendez
                                             Hon. John A. Mendez
                                             United States District Court Judge