JEFFREY H. WOOD, Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ANDREA GELATT, CA Bar No. 262617
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0210
andrea.gelatt@usdoj.gov

HAYLEY A. CARPENTER, CA Bar No. 312611
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0242
hayley.carpenter@usdoj.gov

*Attorneys for Federal Defendants*

FILED
DEC 1 8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

CONSERVATION CONGRESS,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,

    Federal Defendants,

and

TRINITY RIVER LUMBER CO.,

    Defendant-Intervenor.

No. 2:13-CV-01977-JAM-DB

**STIPULATION AND ORDER ENTERING BRIEFING SCHEDULE**

Hon. John A. Mendez

## PROCEDURAL BACKGROUND

The Court issued a limited injunction in this matter on May 30, 2017. Final J., ECF No. 142. Federal Defendants have completed the additional National Environmental Policy Act ("NEPA") analysis required by the injunction and are filing a Motion to Dissolve the Injunction, and corresponding Memorandum in Support, directly following the filing of this motion.

## STIPULATION

The parties have conferred and agreed, and pursuant to L.R. 143 and 144, the undersigned parties hereby stipulate to the following proposed briefing schedule for Federal Defendants' Motion to Dissolve the Injunction, contemplating a hearing date on February 27, 2017, at 1:30 p.m., in Courtroom No. 6:

| Filing | Deadline |
|---|---|
| Plaintiff's Response | February 2, 2018 |
| Federal Defendants' Reply | February ~~20~~ Jan 16, 2018 |
| Intervenor-Defendant's Reply | February ~~20~~ Jan 16, 2018 |
| Hearing on Motion to Dissolve the Injunction | February 27, 2018 at 1:30 p.m. |

The parties respectfully request that the Court grant this motion and institute the proposed briefing schedule above.

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ *Hayley A. Carpenter*

Hayley A. Carpenter, CA 312611
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0242
hayley.carpenter@usdoj.gov

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ANDREA GELATT, Cal. Bar No. 262617

FED. DEFS.' MOTION TO DISSOLVE INJUNCTION
*Conservation Congress v. U.S. Forest Serv.*, No. 2:13-cv-01977-JAM-DB

1

|   |   |
|---|---|
| 1 | Trial Attorney |
|   | Wildlife & Marine Resources Section |
| 2 | PO Box 7611 |
|   | Washington, DC 20044-7611 |
| 3 | (202) 305-0210 |
| 4 | andrea.gelatt@usdoj.gov |
| 5 | *Attorneys for Federal Defendants* |
| 6 |   |
| 7 | /s/ Steven Sugarman (by HAC as authorized 12/15/2017) |
| 8 | STEVEN SUGARMAN (*pro hac vice*) |
|   | 347 County Road 55A |
| 9 | Cerrillos, NM 87010 |
|   | Tel: (505) 672-5082 |
| 10 | Email: stevensugarman@hotmail.com |
| 11 | *Attorney for Plaintiff* |
| 12 | /s/ Lawson E. Fite (by HAC as authorized 12/15/2017) |
| 13 | LAWSON E. FITE, *pro hac vice* |
| 14 | American Forest Resource Council |
|   | 5100 S.W. Macadam, Suite 350 |
| 15 | Portland, OR 97239 |
| 16 | Tel: (503) 222-9505 / Fax: (503) 222-3255 |
|   | Email: lfite@amforest.org |
| 17 |   |
| 18 | *Attorney for Defendant-Intervenor* |

The Court having considered the Stipulation of the parties, **IT IS SO ORDERED.** *WITH THE FOLLOWING MODIFICATION: Reply Briefs shall be filed no later than Feb. 16, 2018.*

Dated: _12-18-2017_

Hon. John A. Mendez
United States District Court Judge