STEVEN SUGARMAN, NM 5717 (*pro hac vice*)
347 County Road 55A
Cerrillos, NM 87010
(505) 672-5082
stevensugarman@hotmail.com

JAMES J. TUCHTON, Cal. 150908
6439 E. Maplewood Ave.
Centennial, CO 80111
(720) 301-3843
jtutchtonlo@gmail.com

*Attorneys for Plaintiff*

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, | No. 2:13-CV-01977-JAM-DB |
| Plaintiff, | **SECOND JOINT STIPULATION AND ORDER TO STAY PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS** |
| v. | |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Federal Defendants, | Hon. John A. Mendez |
| and | |
| TRINITY RIVER LUMBER CO., | |
| Defendant-Intervenor. | |

LAWRENCE VANDYKE
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

HAYLEY A. CARPENTER, CA Bar No. 312611
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0242
hayley.carpenter @usdoj.gov


SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ANDREA GELATT, Cal. 262617
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0210
andrea.gelatt@usdoj.gov

*Attorneys for Federal Defendants*


The parties now jointly stipulate to an additional stay on the briefing of Plaintiff's motion for attorney fees and costs, which Plaintiff initially filed on June 16, 2017 and which Plaintiff renewed on August 6, 2019. ECF Doc. Nos. 151, 192. The Plaintiffs and Federal Defendants propose this stay solely to facilitate potential settlement and in seeking this stay do not concede or compromise any claim or defense in support or against the award of attorney's fees in this case. In support of this stipulation, Plaintiff and Federal Defendants state as follows:

1.    Plaintiff intends to seek an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA") and under the Endangered Species Act ("ESA") citizen suit provision.

2.    This Court entered judgment in this matter on May 30, 2017. ECF No. 142.

3.    Plaintiff noticed its appeal to the Ninth Circuit on May 31, 2017. ECF No. 143.

4. Under Local Rule 293, "[m]otions for awards of attorneys' fees to prevailing parties pursuant to statute shall be filed not later than twenty-eight (28) days after entry of final judgment."

5. EAJA requires a party to file an application for fees and other expenses within 30 days of an unappealable final judgment. 28 U.S.C. § 2412(d)(1)(B). A "final judgment" under EAJA is "a judgment that is final and not appealable." *Id*. § 2412(d)(2)(G).

6. Under the ESA citizen suit provision, "[u]nless a statute or a court order provides otherwise," an application for attorney's fees and expenses must "be filed no later than 14 days after the entry of judgment." *See* Fed. R. Civ. P. 54(d)(2)(B)(i).

7. The Ninth Circuit resolved Plaintiff's appeal adversely to Plaintiff, and issued its mandate in this case on August 1, 2019.

8. Although the Court's May 30, 2017, Judgment was not final for purposes of EAJA or the ESA citizen suit provisions, Plaintiff filed its motion for attorney fees in an abundance of caution to comply with the technical requirements of Local Rule 293. ECF Docs Nos. 151, 192. At the request of Federal Defendants, Plaintiff filed a Renewed Motion for Attorney Fees and Costs on August 6, 2019. ECF Doc. No. 192. Plaintiff has not yet filed a Memorandum Brief in Support of its Motion for Attorney Fees and Costs in this matter.

9. The parties represent to the Court that they desire to resolve the matter of the amount of attorney fees and costs to be paid – if any – in the most expeditious and efficient manner possible. Specifically, the parties believe that the matter of attorney fees and costs is susceptible to resolution by a good faith negotiation and settlement. The parties desire to proceed towards a final resolution of this case in that manner, and without further judicial intervention or litigation on the matter of fees and costs.

10. The parties represent to the Court that a stay of proceedings on Plaintiff's Motion for Attorney Fees and Costs is necessary to facilitate a negotiated resolution of the fee and cost issue, and further represent to the Court that the negotiation will be somewhat complicated because of the unusual length and procedural history of this litigation, the fact that Plaintiff was represented by multiple counsel over the case's pendency, and the fact that Plaintiff prevailed on only a subset of its claims.

11. It is within the Court's power to stay briefing on Plaintiff's motion to conserve the resources of the Court and the parties. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

For these reasons, and for good cause shown, the parties stipulate as follows and request that the Court approve this stipulation:

1. Briefing on Plaintiff's motion for attorney's fees and costs is stayed until October 31, 2019.

STIP. AND [PROPOSED] ORDER TO STAY PL.'S MOT. FOR ATT'Y'S FEES AND COSTS
*Conservation Congress v. U.S. Forest Serv.*, No. 2:13-cv-01977-JAM-DB

4

2. If the parties have not resolved the issue of fees and costs by October 31, 2019, they shall jointly inform the Court and shall propose to the Court a schedule for briefing Plaintiff's Motion for Attorney Fees and Costs pursuant to Local Rule 293.

Respectfully submitted this 6th day of August, 2019.

| | |
|---|---|
| /s/ *Steven Sugarman* <br> STEVEN SUGARMAN, NM 5717 <br> (*pro hac vice*) <br> 347 County Road 55A <br> Cerrillos, NM 87010 <br> (505) 672-5082 <br> stevensugarman@hotmail.com <br><br> JAMES J. TUCHTON, Cal. 150908 <br> 6439 E. Maplewood Ave. <br> Centennial, CO 80111 <br> (720) 301-3843 <br> jtutchtonlo@gmail.com <br><br> *Attorneys for Plaintiff* | LAWRENCE VANDYKE <br> Deputy Assistant Attorney General <br> United States Department of Justice <br> Environment & Natural Resources Division <br> /s/*Hayley A. Carpenter* (with permission on August 5, 2019) <br> HAYLEY A. CARPENTER, CA Bar No. 312611 <br> Trial Attorney <br> Natural Resources Section <br> PO Box 7611 <br> Washington, DC 20044-7611 <br> (202) 305-0242 <br> hayley.carpenter@usdoj.gov <br><br> SETH M. BARSKY, Chief <br> S. JAY GOVINDAN, Assistant Chief <br> ANDREA GELATT, Cal. 262617 <br> Trial Attorney <br> Wildlife & Marine Resources Section <br> PO Box 7611 <br> Washington, DC 20044-7611 <br> (202) 305-0210 <br> andrea.gelatt@usdoj.gov <br><br> *Attorneys for Federal Defendants* |

**ORDER**

The Court having considered the stipulation of the parties, IT IS SO ORDERED.

Dated: August 7, 2019           /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Court Judge