**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS, ) | No. 2:13-CV-01977-JAM-DB |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNITED STATES FOREST SERVICE and ) | Hon. John A. Mendez |
| UNITED STATES FISH AND WILDLIFE ) | |
| SERVICE, ) | |
| ) | |
| Federal Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| TRINITY RIVER LUMBER CO., ) | |
| ) | |
| Defendant-Intervenor. ) | |
| ) | |

       This matter comes before the Court on the parties' stipulation to extend the stay on briefing of Plaintiff's Motion for Attorney Fees and Costs for an additional forty five days, until and through December 16, 2019. ECF Doc. No. 197. Being fully advised in the premises, the Court hereby APPROVES the stipulation. The parties shall report to the Court as soon as they have resolved the fee and cost issue. If they have not resolved the issue by December 16, 2019, they shall so inform the Court and propose a schedule for the briefing of Plaintiff's motion.

DATED: October 18, 2019

               /s/ John A. Mendez_____

               John A. Mendez

               United States District Court Judge