STEVEN SUGARMAN, NM 5717 (*pro hac vice*)
347 County Road 55A
Cerrillos, NM 87010
(505) 672-5082
stevensugarman@hotmail.com

JAMES J. TUCHTON, Cal. 150908
6439 E. Maplewood Ave.
Centennial, CO 80111
(720) 301-3843
jtutchtonlo@gmail.com

*Attorneys for Plaintiff*

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, | No. 2:13-CV-01977-JAM-DB |
| Plaintiff, | **FIFTH** |
| v. | **JOINT STIPULATION AND ORDER TO STAY PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS** |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Federal Defendants, | Hon. John A. Mendez |
| and | |
| TRINITY RIVER LUMBER CO., | |
| Defendant-Intervenor. | |

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

HAYLEY A. CARPENTER, CA Bar No. 312611
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0242
hayley.carpenter @usdoj.gov

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC 20044-7611

*Attorneys for Federal Defendants*

The parties now jointly stipulate to an additional 7 day stay on the briefing of Plaintiff's motion for attorney fees and costs. In support of this stipulation, the parties represent to the Court that they have negotiated in good faith with respect to the appropriate amount of attorney fees and costs to be paid in this action. On November 20, 2019, the undersigned counsel reached agreement as to the appropriate amount to be recommended to deciding officials at the U.S. Department of Justice and U.S. Department of Agriculture.

At the time that the undersigned counsel reached agreement on November 20, 2019, counsel for Plaintiff Conservation Congress had authority to settle the fee and cost issue for the agreed upon amount. However, counsel for the Federal Defendants requires additional authorizations from the Department of Justice to settle this matter for the agreed upon amount, as the procedure for securing this approval is lengthy. Federal Defendants have made substantial progress toward this approval, securing the approval of the Department of Agriculture and managers at the Department of Justice. However, Federal Defendants require one more week for Department of Justice officials to review the settlement recommendation. Counsel for Federal Defendants has recommended that the agreed upon amount be approved as a fair and final

settlement of the fee and cost issue in this matter and is working diligently to expedite the approval process as quickly as she is able. As of yet, counsel for Federal Defendants is unaware of any substantive problems with the fees settlement in this case—the parties seek this brief extension merely to allow more time for the approval procedure.

The undersigned counsel for the Federal Defendant has conferred with the relevant officials at the Department of Justice, and she expects a final decision on the settlement by no later than January 22, 2020.

For these reasons, and for good cause shown, the parties stipulate as follows and request that the Court approve this stipulation:

1. Briefing on Plaintiff's motion for attorney's fees and costs is stayed until January 22, 2020.

2. If the parties have not resolved the issue of fees and costs by January 22, 2020, they shall jointly inform the Court and shall propose to the Court a schedule for briefing Plaintiff's Motion for Attorney Fees and Costs pursuant to Local Rule 293.

Respectfully submitted this 15th day of December, 2020.

/s/ *Steven Sugarman*  (with permission on January 15, 2020)
STEVEN SUGARMAN, NM 5717
(*pro hac vice*)
347 County Road 55A
Cerrillos, NM 87010
(505) 672-5082
stevensugarman@hotmail.com

JAMES J. TUCHTON, Cal. 150908
6439 E. Maplewood Ave.
Centennial, CO 80111
(720) 301-3843
jtutchtonlo@gmail.com

*Attorneys for Plaintiff*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
/s/ *Hayley A. Carpenter*
HAYLEY A. CARPENTER, CA Bar No. 312611
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0242
hayley.carpenter@usdoj.gov

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
Wildlife & Marine Resources Section
PO Box 7611

Washington, DC 20044-7611

*Attorneys for Federal Defendants*

**ORDER**

The Court having considered the stipulation of the parties, IT IS SO ORDERED.

Dated:    1/15/2020                    /s/ John A. Mendez_____
                                       Hon. John A. Mendez
                                       United States District Court Judge